IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TEMIKA GRANDBERRY, Individually and
As Mother and Next of Kin of N.G., a Minor, and N.G.,
a Minor, TEMIKA GRANDBERRY and JUSTIN MOORE,
Individually and as Parents and Next of Kin of
J.M., a Minor, N.M., a Minor, and J.M., a Minor,

    Plaintiffs,

vs.                                                     Civil Action No. 2:17-cv-2850

DAYTON FREIGHT LINES, INC. and
DAVID E. LENTZ,

    Defendants.

## ORDER GRANTING JOINT PETITION FOR APPROVAL OF
## NON-PARTY MINOR SETTLEMENT

This cause came to be heard on February 6, 2019, on Defendants Dayton Freight Lines, Inc. ("Dayton Freight") and David E. Lentz ("Mr. Lentz") and Shara Lott ("Ms. Lott") on behalf of her minor daughter Q.G.'s Joint Petition for Approval of Minor Settlement, which was submitted to the Court on January 30, 2019 for consideration; and upon statements of counsel, statements of Ms. Lott, statements of the minor and upon the entire record in this cause;

FROM ALL OF WHICH, the Court finds:

1. Dayton Freight is an Ohio corporation which operates as a commercial carrier.

2. Mr. Lentz is an adult resident citizen of the State of Mississippi and works for Dayton Freight.

3. Ms. Lott and the minor are residents of the State of Tennessee. Ms. Lott is not married. The minor is Ms. Lott's biological daughter.

4. Ms. Lott and the minor child are not represented by counsel and filed no lawsuit relating to the claim.

5. The claim arose because of an automobile accident which occurred on December 1, 2016. The minor was a passenger in the automobile driven by Temika Grandberry and involved in the automobile accident with Mr. Lentz.

6. Ms. Grandberry is a party in this lawsuit.

7. On November 7, 2018, Ms. Lott, Dayton Freight and Mr. Lentz engaged in settlement discussions and agreed to settle all claims on behalf of the minor for $4,000.

8. The minor suffered minor injuries, if any, because of the accident.

9. Immediately after the accident, medical treatment was rendered to the minor at Methodist Le Bonheur Healthcare.

10. The minor has fully recovered from any injuries suffered because of the accident.

11. Defense counsel advised Ms. Lott he represents Defendants as it relates to the $4,000 settlement and that she should seek legal counsel regarding the settlement. Ms. Lott has not sought legal counsel and does not want to seek legal counsel regarding the settlement.

12. Ms. Lott testified that the minor has completely healed from any injuries suffered because of the accident and that she believes the $4,000 settlement is in the best interest of the minor.

13. The parties settled any and all claims which the minor may have against Dayton Freight and Mr. Lentz and the settlement is memorialized by the Settlement Agreement and General Release dated November 1, 2018.

14. Based on the above findings, the Court finds that the settlement is reasonable and in the best interest of the minor.

FROM ALL OF WHICH, the Court Orders:

A. That the Settlement is approved;

B. That because of the Settlement, Dayton Freight Lines, Inc., its employees, insurer, and assigns and David E. Lentz are released from any and all further liability arising out of the claims and injuries alleged by Shara Lott on behalf of minor Q.G.;

C. That Defense counsel shall deposit the settlement proceeds on behalf of the minor with the Clerk of the United States District Court for the Western District of Tennessee to be held in an interest-bearing account until the minor reaches the age of majority; and

D. That Defense counsel shall notify TennCare of the settlement.

IT IS SO ORDERED.

Entered this 8th day of April, 2019.

/s/Thomas L. Parker
Thomas L. Parker
United States District Judge

Approved as to form by:

/s/Earl W. Houston, II
Lee L. Piovarcy (TN #8202)
Earl W. Houston, II (TN #24508)
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN  38119
Telephone:  (901) 522-9000
Facsimile:  (901) 527-3746
lpiovarcy@martintate.com
ehouston@martintate.com

*Attorneys for Defendants, Dayton Freight Lines, Inc. and David E. Lentz*

# CERTIFICATE OF SERVICE

I certify that on the 4th day of April, 2019, a true and correct copy of the foregoing Order was sent via electronic and U.S. mail to:

Shara Lott
5857 Hickory Commons
Memphis, Tennessee 38141
sharalott25@yahoo.com

/s/ Earl W. Houston, II